

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Geronimo Munguia, III,           \* From the 161st District Court
                                         of Ector County
                                         Trial Court No. B-17-0272-CR.

Vs. No. 11-18-00060-CR           \* February 28, 2020

The State of Texas,                \* Memorandum Opinion by Stretcher, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Stretcher, J., and Wright, S.C.J., sitting
                                         by assignment)
                                         (Willson, J., not participating)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.